**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7707**

MICHAEL R. D'ALESSANDRO,

                    Plaintiff – Appellant,

          v.

THE COUNTY OF MONTGOMERY; MONTGOMERY COUNTY SHERIFF; JOHN
DOE, Sheriff's Officer; RICHARD DOE, Sheriff's Officer;
SHADY GROVE ADVENTIST HOSPITAL; HASHMETH, M.D.; DEFENDANTS
1-10 (real names unknown),

                    Defendants – Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Peter J. Messitte, Senior District
Judge.  (8:08-cv-02841-PJM)

Submitted:  May 20, 2010            Decided:  May 24, 2010

Before WILKINSON, NIEMEYER, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael Richard D'Alessandro, Appellant Pro Se.  Patricia
Lisehora Kane, COUNTY ATTORNEY'S OFFICE, Rockville, Maryland,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael R. D'Alessandro appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2006) complaint and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. D'Alessandro v. County of Montgomery, No. 8:08-cv-02841-PJM (D. Md. filed Aug. 14, 2009; entered Aug. 17, 2009; Dec. 17, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED